**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

DANIELLE FELIX,

     Plaintiff,

v.

CLARITY SERVICES, INC.,

     Defendant.

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441 *et seq.,* Defendant Clarity Information Systems, Inc. ("Clarity") hereby files this Notice of Removal of the above-captioned action to this Court and states as follows:

1. Clarity is the named defendant in Civil Action No. CONO-26-048076 filed by Plaintiff Danielle Felix ("Plaintiff") in the County Court of the Seventeenth Judicial Circuit in and for Broward County Florida (the "State Court Action").

2. Plaintiff filed the Complaint in the State Court Action on June 26, 2026. A true and accurate copy of the Complaint filed in the State Court Action is attached hereto as **"Exhibit A."**

3. This Notice is being filed with this Court within thirty (30) days after Clarity received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

4. This Court is the proper district court for removal because the State Court Action is pending within this District.

5. Pursuant to 28 U.S.C. § 1446(a), a copy of the docket and all other process, pleadings, and orders served upon Defendants in the State Court Action is attached hereto.=

1

**HABER LAW, LLP**
251 NW 23 STREET | MIAMI, FLORIDA 33127 | T: 305.379.2400 | F: 305-379.1106 | haber.law

6.  Clarity is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Clarity uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

7.  The claims for relief against Clarity alleged in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq.* Thus, this Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p. The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a).

8.  Promptly after the filing of this Notice of Removal, Clarity shall provide notice of the removal to Plaintiff through Plaintiff's attorney of record in the State Court Action, and shall file a copy of this Notice with the Clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

Respectfully submitted this 27th day of July, 2026.

> */s/ Maria H. Ruiz*
> Maria H. Ruiz FBN 182923
> **HABER LAW, LLP**
> 241 NW 23rd Street
> Miami, FL 33127-4315
> T: 305-379-2400 F: 305-379-1106
> mruiz@haber.law
> service@haber.law
> ***Attorney for Defendant***
> ***Clarity Services, Inc.***

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 27, 2026, I caused the foregoing to be served by electronic

mail on counsel of record as set forth below:

Ethan B. Babb, Esq.
ebabb@babblaw.com
kschofield@babblaw.com
Samantha Wood, Esq.
swood@babblaw.com
cthompson@babblaw.com
ETHAN BABB LAW FIRM
6013 Farcenda Place, Suite 101
Melbourne, FL 32940

*Counsel for Plaintiff*

　　　　　　　　　　　　　　　*/s/ Maria H. Ruiz*
　　　　　　　　　　　　　　　Maria H. Ruiz

**HABER LAW, LLP**
251 NW 23 STREET | MIAMI, FLORIDA 33127 | T: 305.379.2400 | F: 305-379.1106 | haber.law